

The following constitutes the order of the court.
Signed October 5, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Protus Taniform,<br><br>    Plaintiff,<br><br>v.<br><br>US Department of Education, et. al.,<br><br>    Defendants. | Case No.: 15-41556<br><br>Chapter 7<br><br>Adv. No: 15-04077 |

**MEMORANDUM REGARDING APPEARANCE AT STATUS CONFERENCE**

    The above-captioned adversary proceeding was filed on August 7, 2015 (doc. 1). Plaintiff seeks a student loan discharge. Defendant U.S. Department of Education received service of the Complaint and Summons and has filed their Answer to the Complaint (doc. 9). Defendant has met and conferred with Plaintiff regarding income-driven repayment options and also served Plaintiff with formal discovery requests. Defendant requests that the Court continue the status

conference in order to provide the Parties sufficient time to continue settlement discussions and/or complete discovery.

Although the Court believes that a liberal schedule for the next status conference might be appropriate, under the circumstances it is REQUIRED that all parties appear to the currently-scheduled status conference set for **October 7, 2015 at 10:30 a.m.** in courtroom 220 of the Bankruptcy Court located at 1300 Clay Street, Oakland, CA 94612.

**\*END OF ORDER\***

|   |                                      |
|---|--------------------------------------|
| 1 |                                      |
| 2 | <u>**COURT SERVICE LIST**</u>        |
| 3 |                                      |
| 4 | **Protus Taniform**                  |
|   | 3282 Shawn Way                       |
| 5 | Hayward, CA 94541                    |